UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GARDEN CITY BOXING CLUB, INC.,

    Plaintiff,

-against-

OSCAR ESPINAL, et al.

    Defendants.

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**

05-CV-3762 (CBA) (MDG)

---

AMON, United States District Judge:

Plaintiff Garden City Boxing Club, Inc., brought this action against Oscar Espinal, Miguel Quezada, Rafael Fernandez, and D-Lite Sports, Inc., alleging that defendants intercepted and displayed to their customers a pay-per-view cable television broadcast without the plaintiff's authorization, and in violation of 47 U.S.C. §§ 553, 506. On February 13, 2006, the Court referred this case to the Honorable Marilyn D. Go, United States Magistrate Judge, for a Report and Recommendation on plaintiff's motion for default judgment as well as calculation of damages and attorneys' fees.

This Court has received the report of Magistrate Judge Go, dated January 24, 2008, recommending that (1) plaintiff be awarded $2,747.50 in statutory damages and $10,000.00 in enhanced damages and (2) plaintiff be awarded $1,012.50 in attorneys' fees and $450 costs, for a total judgment of $14,210.00 against defendant D-Lite Sports Inc. Magistrate Judge Go further recommends that no judgment be granted against defendants Espinal, Quezada, and Fernandez. No party has objected to the Report and Recommendation. The Court hereby adopts the well-reasoned Report and Recommendation of January 24, 2008 as its opinion.

1

The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
May 14, 2008

s/Hon. Carol B. Amon
Carol Bagley Amon
United States District Judge